LAW OFFICES OF MICHAEL T. HARRISON
MICHAEL T. HARRISON (SBN: 158983)
(mharrison30@aol.com)
25876 The Old Road, #304
Stevenson Ranch, CA  91381
Telephone: (661) 257-2854
Facsimile: (661) 257-3068

Attorneys for Plaintiff
MARSI ZINTEL

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSI ZINTEL, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITIZENS BUSINESS BANK,<br><br>　　　　Defendant. | **Case No. SACV 09-00869-JVS (RNBx)**<br><br>**AGREED ORDER OF MUTUAL DISMISSAL WITH PREJUDICE** |

432770 v1/RE

It appearing to the satisfaction of the Court, as evidenced by the signatures below of counsel for both parties in above styled case, that this case should be dismissed with prejudice;

It is, therefore, ORDERED, ADJUDGED AND DECREED that this case is DISMISSED with prejudice, with each party to bear its own costs, including attorneys' fees.

Entered this 2d day of March, 2010.

_____
Hon. James V. Selna
United States District Judge

AGREED AND APPROVED FOR ENTRY:

DATED: March 1, 2010            COOLEY GODWARD KRONISH LLP
                                MICHELLE C. DOOLIN (179445)


                                By: /s/ Michelle C. Doolin
                                    Michelle C. Doolin

                                Attorneys for Defendant
                                CITIZENS BUSINESS BANK

| | | |
|---|---|---|
| 1 | DATED: March 1, 2010 | LAW OFFICES OF MICHAEL T. HARRISON |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Michael T. Harrison<br>     MICHAEL T. HARRISON |
| 5 | | Attorneys for Plaintiff<br>MARSI ZINTEL |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

432770 v1/RE

3

**AGREED ORDER OF MUTUAL DISMISSAL WITH PREJUDICE**